## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID GENA,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **MERCANTILE ADJUSTMENT BUREAU, LLC,** | **NO.  15-5399** |
| **Defendant.** | |

### O R D E R

**AND NOW**, this 15th day of June, 2016, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.